UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FIBER OPTIC DESIGNS, INC., a
Pennsylvania corporation, and
HOLIDAY CREATIONS, INC., a
Colorado corporation,

        Plaintiffs,

v.

SEASONAL SPECIALTIES, LLC, a
Minnesota limited liability,

        Defendant.

Civil No. 05-660 (RHK/JSM)

**ORDER GRANTING APPLICATION TO FILE CONVENTIONALLY**

Plaintiffs have filed an Application to File Certain Documents Conventionally in connection with their *Markman* brief, namely the 1,200-page prosecution history of U.S. Patent No. 6,830,358. Upon all the files, records and proceedings herein, it is **ORDERED** that the Application is **GRANTED**.

Dated: October 13, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge