UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fiber Optic, Designs, Inc., a
Pennsylvania corporation, Holiday
Creations, Inc.,

       Plaintiffs,                         Civil No. 05-660 (RHK/JSM)

vs.                                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Seasonal Specialties, LLC, a
Minnesota limited liability company,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 6, 2006

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge